UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LOVE,<br><br>               Plaintiff,<br><br>       v.<br><br>JOSEPH LEHMAN.,<br><br>               Defendant. | Case No.  C05-5345RBL<br><br>ORDER GRANTING I.F.P. APPLICATION |

   Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**.  Plaintiff is currently detained at the Special Commitment Center on McNeil Island, and plaintiff does not appear to have funds available to afford the $250.00 filing fee.  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

   The Clerk is directed to mail a copy of this Order to plaintiff.

   DATED this 13th day of June, 2005.

                    /S/ *J. Kelley Arnold*
                    J. Kelley Arnold
                    United States Magistrate Judge

ORDER
Page - 1