1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| RON LOVE,<br><br>                Plaintiff,<br><br>     v.<br><br>JOSEPH LEHMAN.,<br><br>                Defendant. | Case No.  C05-5345RBL<br><br>ORDER TO PROVIDE<br>SERVICE DOCUMENTS |

      Plaintiff has been granted leave to proceed *in forma pauperis.* There are no copies of the complaint for service and no filled out marshal service form in this case. The Clerk is directed to send plaintiff ONE service form.

      Plaintiff will fill out the form and return it so the court can attempt service by mail. Plaintiff must also provide a copy of the complaint. The form and complaint must be returned on or before **July 15th, 2005** or the court will recommend dismissal for failure to prosecute.

      The Clerk is directed to send a copy of this Order and the service forms to plaintiff and note this matter for **July 15th, 2005.**

      DATED this 13th day of June, 2005.

                                        /S/ *J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 1