```
                            FILED _____ LODGED
                            _____ RECEIVED

                              NOV 23 2005

                          CLERK U.S. DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON AT TACOMA
                      BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RON LOVE, | |
|---|---|
| Plaintiff, | Case No. C05-5345RBL |
| v. | ORDER ADOPTING |
| JOSEPH LEHMAN, | REPORT AND RECOMMENDATION |
| Defendant. | |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint is **DISMISSED WITH PREJUDICE** as time barred.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 22d day of November, 2005.

Ronald B. Leighton
United States District Judge

05-CV-05345-ORD